# EXHIBIT A-1

FILED
10/7/2025 12:49 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Mychele Galimore DEPUTY

CAUSE NO. DC-25-19168

| | | |
|---|---|---|
| CYNTHIA JACKSON, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | DALLAS COUNTY, TEXAS |
| | § | |
| AMAZON WEB SERVICES, INC.; | § | |
| ANDILY LTD d/b/a SELANTO | § | |
| USA; and ROWAN ELECTRIC | § | |
| APPLIANCE LLC, | § | |
| | § | |
| | § | 192nd |
| Defendants. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE COURT:

Plaintiff Cynthia Jackson files this Original Petition complaining of Defendants Amazon Web Services, Inc., ("Amazon"), Andily Ltd d/b/a Selanto USA, and Rowan Electric Appliance LLC and alleges as follows:

### I.

### DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery under Level III of Texas Rules of Civil Procedure 190.4 because he seeks monetary relief aggregating more than $50,000 and requests the Court enter a Discovery Control Plan to place this case under Level III.

PLAINTIFF'S ORIGINAL PETITION – Page 1 of 9
Jackson – Petition – fj09052503

## II.

## PARTIES

1.    Plaintiff Cynthia Jackson is a resident of Dallas County, Texas.

2.    Defendant Amazon Web Services, Inc. is a foreign corporation incorporated in the state of Delaware and doing business in the state of Texas. Defendant is an online retailer that markets a number of products and brands on its website for sale. Defendant was involved in the sale and distribution of the subject ceramic space heater under the brand name "HOME_CHOICE".  HOME_CHOICE has no other online presence, commercial or otherwise, beyond its listings on Amazon Web Services, Inc. Defendant may be served in the State of Texas through its registered agent, <u>Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, at 211 East 7th Street Suite #620, Austin, Texas 78701</u>.

3.    Defendant Andily Ltd, a foreign for-profit corporation organized under the laws of the State of Washington and doing business in the State of Texas. Defendant was involved in the sale and distribution of the subject HOME CHOICE personal ceramic heater and has no other online presence, commercial or otherwise, beyond its listings on Amazon. Defendant may be served by serving its registered agent: <u>Northwest Registered Agent LLC, 522 W Riverside Ave Ste N, Spokane WA 99201-0580.</u>

4.      Defendant Rowan Electric Appliance, LLC is a limited liability company organized in the State of California. This limited liability company, consists of one manager or member, Guozhong Wang at 28407 Ascent Way, Santa Clarita, CA 91350. This Defendant was the importer of the subject product in this case. Defendant may be served by serving its registered agent: <u>Guozhong Wang, at 28407 Ascent Way, Santa Clarita, CA 91350</u> or wherever found.

## III.

## <u>JURISDICTION</u>

Jurisdiction is proper because the amount in controversy exceeds the minimum jurisdictional limits of this Court.

## IV.

## <u>VENUE</u>

Venue is proper in Dallas County pursuant to §15.001 *et seq.* of the Texas Civil Practice & Remedies Code because a substantial part of the acts or omissions giving rise to Plaintiff's cause of action occurred in Dallas County, Texas, and because Defendant sells its products in Dallas County, Texas.

## V.

## <u>CLAIM FOR RELIEF</u>

Plaintiff seeks relief in accordance with TEX. R. CIV. P. 47(c) (3).

## VI.

## FACTS

1.    During the evening hours on or about January 1, 2024, in Dallas County, Texas, Plaintiff Cynthia Jackson employed an Amazon "HOME-CHOICE" Electric space heater, model FH105A (referred to as "subject product") to warm her room as she slept, to assist her in fighting pneumonia.  The heater was about five feet from her body as she slept. The heater's automatic shutoff failed or malfunctioned, causing her to suffer first degree burns overnight on her buttocks.

2.    Plaintiff purchased the subject product from Amazon on or about February 26, 2021. At the time of Plaintiff's purchase, the seller was listed on Defendant Amazon's platform as "Selanto USA", which was registered to Defendant Andily Ltd.

3.    Unbeknownst to Plaintiff at the time of purchase and use of the subject product, the ETL-compliance marking listed on the subject product's box that it came in, did not have a certificate number, as required.

## VII.

## CAUSES OF ACTION AGAINST DEFENDANTS

### A.    MARKETING DEFECT

1.    At all relevant times, Defendants were engaged in the business of selling products, including the ceramic electric space heater and other goods of this

kind such as the HOME-CHOICE Electric space heater, model FH105A.

2.      The subject ceramic heater was allegedly manufactured by NingBo Dongi Electronic Technology Co. Ltd., who is not subject to the jurisdiction of the United States Courts.

3.      Prior to marketing, promoting, distributing, selling and delivering the subject ceramic heater to Plaintiff, Defendants had actual or constructive knowledge of the foreseeable use which consumers, including Plaintiff, intended to use the subject ceramic heater; Plaintiffs used the subject ceramic heater in a normal and foreseeable manner.

4.      Prior to marketing, promoting, distributing, selling and delivering the subject ceramic heater to Plaintiff, Defendants knew or should have known of:

   a.   the hidden dangers and the nature of the ceramic heater to malfunction;

   b.   the burn hazard associated with the subject ceramic heater is inherent in the product and as such, requires proper instructions and warnings to make it safe for use; and

   c.   the advertised automatic overheat protection system of the subject ceramic heater was faulty and subject to not switching off, which could cause burns, including Plaintiff's burns.

5.      Defendants had a duty to warn foreseeable users, including Plaintiff, of the dangers associated with the subject ceramic heater, including the proper way to handle the subject ceramic heater and the risk of serious skin burn injuries; Defendants undertook said duty, but failed to adequately warn foreseeable users,

PLAINTIFF'S ORIGINAL PETITION – Page 5 of  9

Jackson – Petition – fj09052503

including Plaintiff, of the dangers associated with the subject ceramic heater or provide adequate instructions for use of the subject ceramic heater.

6.     A reasonable distributor or seller would have warned users including Plaintiff, of the subject ceramic heater's unreasonably dangerous condition when used in a foreseeable manner, and that the consumer would not realize the danger.

7.     Defendants breached their duty to warn users including Plaintiff, by failing to include any warnings or language on the packaging or its website used to promote and market the subject ceramic heater, that would alert its users including Plaintiff, to the risk of severe burns.

8.     Had Plaintiff been made aware of the dangers associated with the subject ceramic heater, and especially of the subject ceramic heater's automatic overheat protection system mail fail, she would have followed all instructions and warnings.

9.     Defendants' inadequate instructions and warnings made the subject ceramic heater defective and unreasonably dangerous at the time it left Defendants' possession.

10.     Defendants' insufficient warnings and instructions were a producing cause of the Plaintiff's injuries and subsequent damages.

## B.     NEGLIGENCE

1.     Alternatively, Defendants owed a duty to its consumers to exercise

reasonable care in the sale of goods.

2.      Defendants breached their duty of care by failing to include any information or warnings on the HOME-CHOICE packaging. Alternatively, Defendants failed to communicate any related risk of injury or burns, on their website used to promote, market and sale the subject ceramic heater.

3.      As a result of Defendants' negligence, Plaintiff. sustained injuries.

## VIII.

## DAMAGES

1.      As a result of the incident described herein, Plaintiff has incurred medical expenses in the past and, in all reasonable probability, will incur such medical expenses in the future.

2.      Plaintiff has experienced mental anguish and emotional distress in the past and, in all reasonable probability, will experience such mental anguish and emotional distress in the future.

3.      Plaintiff has experienced physical pain and suffering in the past and, in all reasonable probability, will experience such physical pain and suffering in the future.

4.      Plaintiff has experienced physical disfigurement in the past and, in all reasonable probability, will experience such disfigurement in the future.

5.    Plaintiff has experienced physical impairment in the past and, in all reasonable probability, will suffer physical impairment in the future.

6.    Plaintiff has suffered lost earnings in the past and, in all reasonable probability, will experience lost or diminished earning capacity in the future.

## IX.

## CLAIM FOR PREJUDGMENT AND POST-JUDGMENT INTEREST

Plaintiff herein claims interest in accordance with Texas Finance Code §304.001 *et seq.* and any other applicable law.

## X.

## JURY DEMAND

Plaintiff demands a jury trial and tenders the appropriate fee with the Original Petition.

## XI.

## NOTICE PURSUANT TO TEX. R. CIV. P. 193.7

Plaintiff provides notice to Defendants pursuant to Rule 193.7 of the Texas Rules of Civil Procedure that Plaintiff may utilize as evidence during the trial of this lawsuit all documents exchanged by the parties in written discovery in this case.

## XII.

## **PRAYER**

WHEREFORE  PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear and answer herein and upon final hearing of this cause, Plaintiff have judgment against Defendants, jointly and severally, for damages described herein, for costs of suit, pre-judgment and post judgment interest permitted by law, and for such other relief to which Plaintiff may be justly entitled.

Respectfully submitted,

TURLEY LAW FIRM

*/s/ Ron Turley*
Ronald Windle Turley, III
State Bar No. 24132264
6440 North Central Expressway
1000 Turley Law Center
Dallas, Texas 75206
Telephone No. 214/691-4025
Telecopier No. 214/361-5802
Email: ront@wturley.com
        davette@wturley.com

ATTORNEY FOR PLAINTIFF

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Davette Kemp on behalf of Ron Turley
Bar No. 24132264
davette@wturley.com
Envelope ID: 106543907
Filing Code Description: Original Petition
Filing Description:
Status as of 10/9/2025 8:55 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ron Turley | | ront@wturley.com | 10/7/2025 12:49:58 PM | SENT |
| Davette Kemp | | davette@wturley.com | 10/7/2025 12:49:58 PM | SENT |